BABAJIDE O KUFEJI
196 WALDO ST.
PROV. RI 02909.
(401) 861-1025.
FEB. 2, 2006.

U. S DISTRICT COURT.
DISTRICT OF RHODE ISLAND
ONE EXCHANGE TERRACE
PROV. RI 02903

CA 06 60 ML

DEAR SIR/MADAM,

RE:- U. S CITIZENSHIP & IMMIGRATION SERVICE DECISION ON BABAJIDE O. KUFEJI ALIEN NUMBER. A027541695?

I RESPECTFULLY APPEAL THE DECISION OF THE U. S CITIZENSHIP & IMMIGRATION SERVICES OVER THE CITIZENSHIP APPLICATION I FILED SOMETIME IN JANUARY 2004.
I DEEM THIS APPEAL NECESSARY NOW AS THE ONLY OPTION TO SALVAGE THE U. S CITIZENSHIP APPLICATION I FILED AT THE SERVICE.

RESPECTFULLY YOURS,
B. O KUFEJI.