UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BABAJIDE O. KUFEJI

vs. CA 06-60ML

BRUCE CHADBOURNE, Field Director
of the Bureau of Immigration and Citizenship

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2241". Said response will be filed on or before **March 17, 2006.**

SO ORDERED

Mary M. Lisi
United States District Judge
February 21 ,2006

Entered as an Order of this Court on February 21 ,2006

Barbara Barletta
Deputy Clerk