**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BABAJIDE KUFEJI
Petitioner

v. C.A. No. 06-60 ML

BRUCE CHADBOURNE, Field Director
of the Bureau of Immigration and Citizenship
Respondents

**PETITIONER'S MOTION FOR TIME EXTENTION**

Petitioner hereby moves to ask for time extention to respond to respondents' motion to dismiss so as to enable Petitioner to mount an effective response.

Respectfully submitted,

Babajide Kufeji
196 Waldo St
Providence, RI 02909
(401)861-1025
(347)556-0689 (Cell)

**CERTIFICATE OF SERVICE.**

I hereby certify that on this the day of April, 2006, a true and correct copy of the foregoing Motion for Time Extention was served on Respondents, by mailing same, by overnight express mail, postage prepaid to;

Bruce Chadbourne
Field Director
Bureau of Immigration & Citizenship
200 Dyer St
Prov., RI 02903

Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Robert Corrente
United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Prov., RI 02903.

Petitioner.