**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BABAJIDE KUFEJI
Petitioner

v. C.A. No. 06-60 ML

BRUCE CHADBOURNE, Field Director
of the Bureau of Immigration and Citizenship
Respondents

**PETITIONER'S MOTION FOR DE NOVO REVIEW.**

Petitioner hereby moves to ask this court for review of my Citizenship application. Based upon the fact that all review or appeal avenues has been exhausted at the agency, I beg this court to please take a further look and make a ruling as the Court sees fit.

Respectfully submitted,

Babajide Kufeji
196 Waldo St
Providence, RI 02909
(401)861-1025
(347)556-0689 (Cell)

**CERTIFICATE OF SERVICE.**

I hereby certify that on this the day of April, 2006, a true and correct copy of the foregoing Motion for De Novo Review was served on Respondents, by mailing same, by overnight express mail, postage prepaid to;

Bruce Chadbourne
Field Director
Bureau of Immigration & Citizenship
200 Dyer St
Prov., RI 02903

Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Robert Corrente
United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Prov., RI 02903.

Petitioner.