UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BABAJIDE KUFEJI

v. CA 06-060 ML

BRUCE CHADBOURNE, Field
Director of the Bureau of
Immigration and Citizenship

ORDER

On April 4, 2006, this Court granted Petitioner's request for an extension of time within which to file his response to Respondent's Motion to Dismiss. Petitioner's response was due to be filed on or before April 28, 2006. As of the date of this Order, Petitioner has not filed a response. The Court, therefore, treats the Motion to Dismiss as unopposed. Accordingly, the Motion to Dismiss is GRANTED for the reasons set forth in Respondent's Memorandum of Law in Support of the Motion to Dismiss.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
May 9, 2006