# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

***BABAJIDE KUFEJI***

***VS.*** ***CA 06-60ML***

***BRUCE CHADBOURNE, Field Director of the Bureau of Immigration and Citizenship***

## ***JUDGMENT***

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the Respondent, Bruce Chadbourne, against the Petitioner, Babajide Kufeji, pursuant to the Order dated May 9, 2006 GRANTING the Respondent's Motion to Dismiss.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: May 10, 2006